# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE DAVID H. BARTICK TO MAGISTRATE JUDGE JILL L. BURKHARDT** | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable David H. Bartick, to the calendar of the Honorable Jill L. Burkhardt for all further proceedings. All conference or hearing dates set before Magistrate Judge Bartick, if any, are **VACATED** and will be rescheduled before Magistrate Judge Burkhardt. Any dates set before any district judge remain unchanged.

1. *Antioninetti et al. v. Chipotle Mexican Grill, Inc. et al.,* 06cv2671-BTM
2. *Tobar et al. v. U.S.,* 07cv817-WQH
3. *Atchley et al. v. Snow et al.,* 11cv1516-JM
4. *Nautical Bean Coffee Co. v. Nautical Bean, Inc.,* 12cv1199-DHB
5. *Rapp v. Welk Resort Group, Inc. et al.,* 12cv1247-BEN
6. *De La Torre v. Legal Recovery Law Office et al.,* 12cv2579-LAB
7. *Lange v. Hilts et al.,* 13cv1139-GPC
8. *Starcity Capital, LLC v. Bio-Matrix Scientific Group, Inc.,* 13cv1394-BEN

9. *Nancy Carrera et al. v. First American Home Buyers Protection Co. et al.*, 13cv1585-H

10. *Garcia v. San Diego, City of et al.*, 13cv1611-BTM

11. *Tysick et al. v. Alternative Recovery Management*, 13cv1703-BEN

12. *Schutza v. Coastline Food Services Corp. et al.*, 13cv1786-JLS

13. *Stevenson v. SponsorHouse, Inc.*, 13cv2226-DMS

14. *Cabrales v. Persolve, LLC*, 13cv2456-DMS

15. *Lee v. Cielo Homeowners Association et al.*, 13cv2566-MMA

16. *Pacing Technologies, LLC v. Garmin Int'l, Inc. et al.*, 12cv1067-BEN

17. *Paredes Martinez v. Astrue*, 13cv272-JLS

18. *Michaels v. Martel, et al.*, 04cv122-JAH

19. *Phillips v. Janda et al.*, 13cv567-BTM

**IT IS SO ORDERED.**

DATED: March 28, 2014

DAVID H. BARTICK
United States Magistrate Judge